March 28, 2008

Mr. William W. Krueger III
Fletcher & Springer, L.L.P.
8750 North Central Expwy., Suite 1600
Dallas, TX 75231
Mr. Eric D. Pearson
Heygood Orr Reyes Pearson & Bartolomei
2331 W. Northwest Hwy.
Dallas, TX 75220

RE: Case Number: 07-0058
 Court of Appeals Number: 10-06-00044-CV
 Trial Court Number: 05-00-14111-CV

Style: CITY OF CORSICANA, TEXAS
 v.
 PATRICK STEWART SR. AND SENTRIA WHITFIELD, INDIVIDUALLY AND AS HEIRS
 TO THE ESTATES OF PATRICK STEWART JR. AND BROOKE STEWART

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. C. Michael |
| |Ratliff |
| |Ms. Sharri |
| |Roessler |
| |Ms. Marilyn Greer |